1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARCOS M. VEGA, | ) | NO. CV 08-5086 VBF (FFM) |
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOHN F. SALAZAR, Warden, | ) ) | |
| Respondent. | ) ) | |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that: (1) respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered denying the Petition as time-barred and dismissing this action with prejudice.

DATED: January 25, 2010

_____

VALERIE B. FAIRBANK
United States District Judge