1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          CENTRAL DISTRICT OF CALIFORNIA

8                                WESTERN DIVISION

9

10   MARCOS M. VEGA,                    )    NO. CV 08-5086 VBF (FFM)
                                        )
11                    Petitioner,       )
                                        )    JUDGMENT
12             v.                       )
                                        )
13   JOHN F. SALAZAR, Warden,           )
                                        )
14                    Respondent.       )
                                        )
15   _____   )

16        Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED: January 25, 2010

21

22   _____

23                              VALERIE B. FAIRBANK
                                United States District Judge

24

25

26

27

28